UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                              )
BOARD OF TRUSTEES OF THE                      )
EMPLOYEE PAINTERS' TRUST, et al.,             )
                                              )    No. C24-928RSL
            Plaintiffs,                       )
      v.                                      )
                                              )    ORDER TO SHOW CAUSE
DIGITAL INTERIOR GROUP, LLC., et al.,         )
                                              )
            Defendants.                       )
_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 26, 2024. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiffs' affidavits of service at Dkt. # 4, # 5 and # 6 do not comply with Fed. R. Civ. P. 4(c)(1) and (2). Plaintiffs are hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiffs shall file a responsive brief or provide proof of service that complies with the rules no later than November 14, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for November 15, 2024.

DATED this 29th day of October, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE