# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, | CASE NUMBER:  2:24-cv-00928-RSL |
| Plaintiffs, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | |
| DIGITAL INTERIOR GROUP, LLC, *et al.*, | |
| Defendants. | |

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

A.   An Amended Judgment is entered in favor of Plaintiffs and against Defendants Digital Interior Group, LLC, Felipe Fernandez Camey, and Mario R. Bonilla, jointly and severally, in the following amounts:

       (1)  Contributions: $466,158.94

       (2)  Interest: $72,906.61

       (3)  Liquidated Damages: $83,493.84

       (4)  Audit Fees: $2,436.25

       (5)  Attorney's Fees and Costs: $21,431.45

       (6)  **Total Judgment: $646,427.09**

B.    Plaintiffs may move the Court for additional relief as may be necessary to enforce this judgment.

C.    Post-judgment interest shall accrue on the total judgment amount at the statutory rate specified in 28 U.S.C. § 1961 from the date of entry of the Court's order until the judgment is satisfied in full.

DATED this 26th day of February, 2026.

JOSHUA C. LEWIS,
Clerk of the Court

By:    _/s/ Victoria Ericksen_____
        Deputy Clerk