UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST, *et al.*,

Plaintiffs,

v.

DIGITAL INTERIOR GROUP, LLC, *et al.*,

Defendants.

CASE NO. 2:24-cv-00928-RSL

ORDER ON CASE MANAGEMENT

This matter comes before the Court *sua sponte*. The motions for writs of garnishment in this matter were filed in error as part of this case's docket when they should have been filed as separate miscellaneous cases. *See* Filing a Miscellaneous Action, *https://www.wawd.uscourts.gov/attorneys/miscellaneous-actions* (last visited April 24, 2026). Therefore, the Clerk of Court is hereby ordered to open miscellaneous cases for the writs of garnishment in this matter.

One miscellaneous case shall be opened for the writ of garnishment against Commencement Bank. *See* Dkt. 29, 31, 32, 34, 35, and 36. Plaintiffs' pending "Motion for Judgment Against Garnishee Commencement Bank" shall become part of the

ORDER ON CASE MANAGEMENT - 1

Commencement Bank miscellaneous case. Dkt. 47 and 48. The Commencement Bank miscellaneous case number shall be 2:26-mc-00027 JHC.

Another miscellaneous case shall be opened for the writ of garnishment against Projex Corporation. *See* Dkt. 37, 42, 43. The Projex Corporation miscellaneous case number shall be 2:26-mc-00028 TL.

All future filings in connection with these writs of garnishment shall be made in the indicated miscellaneous cases.

IT IS SO ORDERED.

Dated this 24th day of April, 2026.

Robert S. Lasnik
United States District Judge

ORDER ON CASE MANAGEMENT - 2