**Honorable Robert S. Lasnik**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DIGITAL INTERIOR GROUP, LLC, *et al.*,<br><br>Defendants. | **CASE NO. 2:24-cv-00928-RSL**<br><br>**STIPULATED MOTION TO STAY ENFORCEMENT AND EXECUTION ON JUDGMENT** |

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively, "Plaintiffs" or "Trusts"), and the Defendants Digital Interior Group, LLC, Mario R. Bonilla, and Felipe Fernandez Camey (collectively, "Defendants" or "Debtors"), each acting by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On February 26, 2026, in Case No. 2:24-cv-00928-RSL, the Court entered an Amended Judgment in a Civil Case, ECF No. 33, in favor of the Plaintiffs and against the Defendants, jointly and severally, in the total amount of $646,427.09 ("Amended Judgment").

2. Following entry of the Amended Judgment, the following miscellaneous cases (collectively, "Misc. Cases") were initiated in furtherance of post-judgment discovery, enforcement, and execution on the Amended Judgment:

   a. Case 2:26-mc-00019-MLP (Judgment Debtor Examination);

   b. Case 2:26-mc-00027-JHC (Writ of Execution – Commencement Bank); and



CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

c. Case 2:26-mc-00028-TL (Writ of Execution – Projex Corporation).

3. The Plaintiffs and Defendants entered into a Settlement Agreement and Mutual Release ("Settlement Agreement"), effective October 9, 2026, by which the parties have agreed to certain obligations to be performed over a period of twenty-five (25) months, including certain settlement payments ("Settlement Payments").

4. Enforcement and execution on the Amended Judgment and all post-judgment proceedings, including the Misc. Cases, shall be stayed and the Amended Judgment shall be held in abeyance ("Execution Stay") from entry of this Order until the Plaintiffs file a written Satisfaction of Judgment, unless sooner terminated as provided below, subject to the terms and conditions set forth in the Settlement Agreement.

5. Plaintiffs shall terminate all efforts to execute on or otherwise enforce the Amended Judgment and shall not initiate any new execution, garnishment, levy, debtor examination, post-judgment discovery, or other collection activity concerning the Amended Judgment while the Execution Stay remains in effect.

6. The Execution Stay shall remain in effect so long as the Defendants timely remit the Settlement Payments, subject to the Default provisions set forth in the Settlement Agreement.

7. If there is a Default that is not cured under the terms of the Settlement Agreement, the Plaintiffs shall file a notice with the Court, and upon that filing the Execution Stay shall terminate as to the Defendant or Defendants in Default.

8. Within ten (10) days after the Plaintiffs' receipt of finally collected funds for all Settlement Payments due under the Settlement Agreement, the Plaintiffs will file a written Satisfaction of Judgment, release all writs and judgment-enforcement liens arising from the Amended Judgment, and take all actions reasonably necessary to terminate the Misc. Cases.

Dated: October 22, 2026.



CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

**CHRISTENSEN JAMES & MARTIN**

By: /s/ Wesley J. Smith
Wesley J. Smith (WSBA #51934)
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
wes@cjmlv.com
*Counsel for the Plaintiffs*

**INTEGRITY LAW GROUP**

By: /s/ Justin Mishkin
Justin Mishkin (WSBA #38864)
2033 6th Ave. Suite 920
Seattle, Washington 98121
(206) 838-8118
jmishkin@ilgseattle.com
*Counsel for Digital Interior Group, LLC and Mario R. Bonilla*

**DICKSON FROHLICH PHILLIPS BURGESS PLLC**

By: /s/ Eric F. Schacht
Eric F. Schacht, WSBA No. 56342
1420 5th Ave., Suite 2000
Seattle, WA 98101
(206) 621-1110
eschacht@dfpblaw.com
*Counsel for Felipe Fernandez Camey*

**IT IS SO ORDERED.**

[signature]
United States District Judge

Dated: October 23, 2026.